# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARGIS SARKIZI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GRAHAM PACKAGING, a California business entity form unknown, and Does 1 through 25, inclusive,<br><br>Defendant.<br>_____/ | 1:13-cv-01435-AWI-SKO<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

On June 17, 2014, Defendant Graham Packaging Company ("Defendant") filed a motion seeking extension of time to file an answer to Plaintiff's amended complaint due to the pending motion for reconsideration of the Magistrate Judge's ruling, granting Plaintiff's motion to amend complain. Defendant has requested permission to delay filing an answer until fourteen (14) days following this Court's ruling on Defendant's motion for reconsideration. On June 19, 2014, Plaintiff Sargis Sarkizi ("Plaintiff") filed a statement of non-opposition to Defendant's motion. Because Defendant's motion is unopposed and because district courts have the inherent power to control their dockets (*See Bautista v. Los Angeles County*, 216 F.3d 837, 841 (9th Cir. 2000)), Defendant's motion to extend time is GRANTED. Defendant will not be required to file a

1

responsive pleading, if at all, until fourteen (14) days following this Court's ruling on Defendant's motion for reconsideration.

IT IS SO ORDERED.

Dated:  June 24, 2014

_____
SENIOR DISTRICT JUDGE