IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARGIS SARKIZI, an individual, | 1:13-cv-01435-AWI-SKO |
| Plaintiff, | |
| v. | **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| GRAHAM PACKAGING, a California business entity form unknown, and Does 1 through 25, inclusive, | |
| Defendant. | |

On June 17, 2014, Defendant Graham Packaging filed a motion to for reconsideration of the Magistrate Judge's order granting Plaintiff Sargis Sarkizi's motion to amend. The motion for reconsideration is set for hearing on July 28, 2014. On June 24, 2014, Plaintiff filed an opposition. Defendant filed its reply on July 18, 2014. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument.  *See* Eastern District Local Rule 230(g).  The hearing date of July 28, 2014 is hereby VACATED and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:  July 21, 2014                              _____
                                                                    SENIOR  DISTRICT  JUDGE

1