**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARGIS SARKIZI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GRAHAM PACKAGING, a California business entity form unknown, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 1:13-cv-01435-AWI-SKO<br><br>**ORDER VACATING SCHEDULING ORDER AND ORDERING PARTIES TO FILE A JOINT STATUS REPORT** |

Plaintiff Sargis Sarkizi and Defendant Graham Packaging Company's (collectively, "the Parties") filed a Stipulation and Request to Vacate the February 10, 2014, Scheduling Order and Relevant Dates, filed August 25, 2014. (Doc. 37.)

Pursuant to the parties' Stipulation, good cause appearing, and in the interest of conserving resources of the judiciary and the Parties, **IT IS HEREBY ORDERED** that:

1. The Scheduling Order issued February 10, 2014, is VACATED;

2. Within seven (7) days after the District Court issues an order on Defendant's Request for Reconsideration, the parties shall file an updated joint status report proposing new scheduling deadlines; and

3. Upon receipt of the parties' updated joint status report, the Court will set a scheduling conference, if necessary, or will issue a new scheduling order based on the parties' proposed schedule.

IT IS SO ORDERED.

Dated: **August 26, 2014**                    **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE