**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| SARGIS SARKIZI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GRAHAM PACKAGING, a California business entity form unknown, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 1:13-cv-01435-AWI-SKO<br><br>*Honorable Anthony W. Ishii*<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S FIFTH CAUSE OF ACTION AND VACATING ORDER TO SHOW RE: WHY PLAINTIFF'S FIFTH CAUSE OF ACTION SHOULD NOT BE DISMISSED**<br><br>(Doc. Nos. 27, 39, 43, 44)<br><br>**State Action Filed:** July 31, 2013<br>**Trial Date:**  None Set. |

This matter is before the Court on Plaintiff SARGIS SARKIZI and Defendant GRAHAM PACKAGING COMPANY's (hereinafter collectively referred to as "the Parties") Stipulation to Dismiss Plaintiff's Fifth Cause of Action for Violations of *California Business & Professions Code* § 17200 and Stipulation to Vacate the Pending Order to Show Cause Re: Why Plaintiff's Fifth Cause of Action for Violations of *California Business & Professions Code* § 17200 Should Not Be Dismissed (Doc. Nos. 43, 44).

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Fifth Cause of Action for Violations of *California Business & Professions Code* § 17200 in Plaintiff's First Amended Complaint (Doc. No. 27) is dismissed without prejudice; and

2. The pending Order to Show Cause (Doc. No. 39) is DISCHARGED.

IT IS SO ORDERED.

Dated:   December 15, 2014                          _____
                                                     SENIOR  DISTRICT  JUDGE