# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARGIS SARKIZI, | Case No. 1:13-cv-1435-AWI-SKO |
| Plaintiff, | **ORDER MODIFYING SCHEDULING ORDER** |
| v. | |
| GRAHAM PACKAGING COMPANY and Does 1-25, | |
| Defendants. | |

While a motion for reconsideration was pending before the district court, the parties stipulated to vacate the scheduling order deadlines. The Court granted the parties' request to vacate all scheduling deadlines and required the parties to file an updated joint status report within 7 days after the district court issued an order on the motion for reconsideration. (Doc. 38.)

On December 23, 2014, the parties filed a proposed order seeking to reset the case deadlines, including the pre-trial conference and the trial. (Doc. 46.)

The procedural requirements and instructions set forth in the original scheduling order remain in place (*see* Doc. 19), but all scheduling deadlines are modified as set forth below:

| Event | Date |
|---|---|
| Mid-Discovery Status Report | March 24, 2015 |
| Mid-Discovery Conference | March 31, 2015; 10:15 a.m. |

| Non-Expert Discovery Deadline | June 29, 2015 |
|---|---|
| Expert Disclosure – Plaintiff | July 29, 2015 |
| Expert Disclosure – Defendant | August 29, 2015 |
| Settlement Conference | August 31, 2015, at 10:00[1] |
| Rebuttal Expert Disclosure Deadline – both parties | September 29, 2015 |
| Expert Discovery Cut-Off | October 2, 2015 |
| Non-Dispositive Motion Filing Deadline | October 7, 2015 |
| Non-Dispositive Motion Hearing Deadline | November 4, 2015 |
| Dispositive Motion Filing Deadline | October 12, 2015 |
| Dispositive Motion Hearing Deadline | November 30, 2015 |
| Pre-Trial Conference | January 13, 2016,[2] at 10:00 a.m. |
| Trial | March 15, 2016, at 8:30 a.m. |

The parties did not request a deadline for expert discovery, but to accommodate the parties' requested dispositive motion filing and hearing deadlines, the pretrial conference, and the trial date, an expert discovery cut-off of October 2, 2015, has been set.

Additionally, the original deadline to amend the pleadings expired before the motion for reconsideration was filed with the district court; thus a new deadline will not be set.

IT IS SO ORDERED.

Dated:   **January 6, 2015**          /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The settlement conference is assigned to U.S. Magistrate Judge Stanley A. Boone, as set forth in the Court's initial scheduling order. The parties are directed to that order for the requirements of the settlement conference before Judge Boone. (Doc. 19.)

[2] Pre-trial conferences before Judge Ishii are set on a Wednesday, Thursday, or Friday; thus, the parties' requested date of January 12, 2016, has been adjusted by one day.