# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARGIS SARKIZI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GRAHAM PACKAGING, a California business entity form unknown, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 1:13-cv-01435-AWI-SKO<br><br>*[Assigned for Law and Motion Matters to the Honorable Sheila K. Oberto]*<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO EXTEND NON-EXPERT DISCOVERY DEADLINE AND PLAINTIFF'S EXPERT DISCLOSURE DEADLINE**<br><br>**State Action Filed:** July 31, 2013<br>**Trial Date:**           March 15, 2016 |

## ORDER

This matter is before the Court on Plaintiff SARGIS SARKIZI and Defendant GRAHAM PACKAGING COMPANY's (collectively, "the Parties") Joint Stipulation Request that the Court modify the current Scheduling Order and Extend the Parties Non-Expert Discovery Deadline and Plaintiff's Expert Disclosure Deadline.

Upon review of the Parties' Joint Stipulation and the Parties' Joint Mid-Discovery Status Report, and the recitals set forth therein, good cause having been shown, the Court Orders as follows:

**IT IS HEREBY ORDERED** that the Scheduling Order be modified as follows:

(1) The Parties' Non-Expert Discovery deadline, which is currently set for June 29, 2015, is vacated, and the Parties' Non-Expert Discovery deadline shall now be set for August 29, 2015;

(2) Plaintiff's Expert Disclosure deadline, currently set for July 29, 2015, is vacated, and Plaintiff's Expert Disclosure deadline shall now be set for August 29, 2015; and

(3) The Parties' other deadlines relating to experts shall remain as follows:

Defendant's Expert Disclosure deadline shall remain on August 29, 2015;

Rebuttal Expert Disclosure Deadline shall remain on September 29, 2015; and

Expert Discovery Cut-Off shall remain on October 2, 2015.

No other case deadlines have been modified.

IT IS SO ORDERED.

Dated:   **May 12, 2015**                              **/s/ Sheila K. Oberto**
                                                                   UNITED STATES MAGISTRATE JUDGE