# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARGIS SARKIZI, an individual, | Case No. 1:13-cv-01435-AWI-SKO |
| Plaintiff, | *[Assigned for Law and Motion Matters to the Honorable Sheila K. Oberto]* |
| v. | |
| GRAHAM PACKAGING, a California business entity form unknown, and DOES 1 through 25, inclusive, | **ORDER GRANTING THE PARTIES' JOINT STIPULATION TO EXTEND NON-EXPERT DISCOVERY DEADLINE AND PLAINTIFF'S EXPERT DISCLOSURE DEADLINE** |
| Defendants. | |
| | **State Action Filed:** July 31, 2013 |
| | **Trial Date:**      March 15, 2016 |

## ORDER

This matter is before the Court on Plaintiff SARGIS SARKIZI and Defendant GRAHAM PACKAGING COMPANY's (hereinafter collectively referred to as "the Parties") Joint Stipulation Request that the Court modify the current Scheduling Order and Extend the Parties Non-Expert Discovery Deadline and Plaintiff's Expert Disclosure Deadline.

The parties have stipulated that a second deposition of Plaintiff will be taken in Stockton, California. The parties seek additional discovery time to take this second deposition as well as four additional depositions of Graham Packaging employees, and a doctor in Defendant's workers' compensation Medical Provider Network. As Defendant's lead counsel is located in Tennessee and Plaintiff's lead counsel is located in Southern California, the parties need additional time to coordinate taking all the depositions outstanding over the course of three to

five consecutive days as a cost-saving measure.

Upon review of the Parties' Joint Stipulation and the Parties' Joint Mid-Discovery Status Report, and the recitals set forth therein, good cause having been shown, the Court Orders as follows:

**IT IS HEREBY ORDERED** that the Scheduling Order be modified be modified as follows:

(1) The Non-Expert Discovery Deadline, which is currently set for August 29, 2015, should be extended to **September 30, 2015**;

(2) The initial Parties' Expert Disclosure deadlines, which are currently set for August 29, 2015, should be extended to **September 30, 2015**;

(3) The Settlement Conference, which is currently set for August 31, 2015, should be extended to **October 5, 2015, at 11:00 a.m. in Courtroom 9**[1];

(4) The Parties' Rebuttal Expert Disclosure deadline, which is currently set for September 29, 2015, should be extended to **October 12, 2015**;

(5) The Expert Discovery Cut-Off, which is currently set for October 2, 2015, should be extended to **November 2, 2015**;

(6) The Parties' Non-Dispositive Motion Filing Deadline, which is currently set for October 7, 2015, should be extended to **November 9, 2015**;

(7) The Parties' Non-Dispositive Motion Hearing Deadline, which is currently set for November 4, 2015, should be extended to **December 9, 2015**;[2]

---

[1] The parties requested October 1, 2015, but that date was unavailable on Judge Boone's calendar.

[2] The parties requested December 4, 2015, for a hearing on the non-dispositive motions, but Judge Oberto's law and motion calendar is set on Wednesdays so the date has been adjusted to the nearest following Wednesday.

(8) The Parties' Dispositive Motion Filing Deadline, which is currently set for October 12, 2015 should be extended to **November 12, 2015**;

(9) The Parties' Dispositive Motion Hearing Deadline, which is currently set for November 30, 2015 should be extended to **December 21, 2015**;[3] and

(10) The Pre-Trial Conference, currently set for January 13, 2016, is continued to **February 10, 2016**, and the Trial is continued from March 15, 2016, to **April 5, 2016**.

IT IS SO ORDERED.

Dated:   **July 13, 2015**                          **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE

---

[3] The parties requested December 11, 2015, for a hearing on their dispositive motions, but this date is not available on Judge Ishii's calendar; thus, it has been adjusted to the nearest available date.

---

ORDER GRANTING JOINT REQUEST TO MODIFY SCHEDULING ORDER
1:13-cv-01435-AWI-SKO