# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARGIS SARKIZI, | Case No. 1:13-cv-1435-AWI-SKO |
|        Plaintiff, | **ORDER GRANTING STIPULATED REQUEST TO MODIFY THE SCHEDULING ORDER** |
| v. | |
| GRAHAM PACKAGING COMPANY and Does 1-25, | |
|        Defendants. | |

On September 23, 2015, the parties filed a stipulated request to modify the scheduling order. The parties seek to extend the non-expert discovery deadline from September 30, 2015, to October 16, 2015, and to continue the settlement conference before Magistrate Judge Boone to November 9 or 10, 2015. The parties request this modification to accommodate a mediation on October 2, 2015, before incurring additional expenses of the remaining five depositions. If the mediation is unsuccessful, the parties represent they will conclude the remaining depositions on October 16, 2015.

Accordingly, IT IS HEREBY ORDERED that:

1. The non-expert discovery deadline is extended to October 16, 2015;
2. The settlement conference before Judge Boone is CONTINUED to November 12, 2015, at 9:30 a.m. before Judge Boone in Courtroom 9;[1] and
3. No other scheduling deadlines have been modified.

IT IS SO ORDERED.

Dated: **September 29, 2015**           **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Although the parties requested a settlement conference on November 9 or 10, 2015, those dates are not available on Judge Boone's calendar; thus, the closest available date was selected. If the parties wish to request a modification to the November 12, 2015, settlement conference, they may contact Judge Boone's chambers directly at (559) 499-5200.